UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>MARTIN L. COHEN,<br>    Defendant | )<br>)<br>)<br>)     CIVIL ACTION NO. 04-30160-KPN<br>)<br>)<br>)<br>)<br>) |

## ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1)   publish a copy of the attached NOTICE once in The Reporter, a newspaper published in Greenfield, Massachusetts, there being no newspaper in the Town of Leyden, and The Reporter having a general circulation in the Town of Leyden, Massachusetts;

(2)   mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendant at his last known address;

(3)   record a certified copy of the attached NOTICE in the Franklin County Registry of Deeds.

Dated: 8/18/04

_____
Clerk