UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>MARTIN L. COHEN,<br>        Defendant | )<br>)<br>)<br>) CIVIL ACTION NO. 04-30160-KPN<br>)<br>)<br>)<br>) |

## NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS' CIVIL RELIEF ACT OF 1940

TO:   Martin L. Cohen
      38 Paige Road
      Leyden, MA 01337

      Martin L. Cohen
      125 Trailer Haven Lane
      Apopka, FL 32712

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 38 Paige Road, Leyden, Franklin County, Massachusetts 01337, as follows.

The mortgage was given to Martin L. Cohen to the Farmers Home Administration, is dated July 16, 1996 and is recorded in Book 3130 at Page 192 of the Franklin County Registry of Deeds.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 <u>and</u> object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED: 8/18/04

                Clerk

By: _____
       DEPUTY CLERK