AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

UNTIED STATES OF AMERICA

V.

MARTIN L. COHEN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30160-KPN

TO: (Name and address of defendant)
Martin L. Cohen
38 Paige Road
Leyden, MA 01337

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher R. Donato
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within     twenty (20)     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_

(BY) DEPUTY CLERK

DATE August 18, 2004

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me 1 | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                                    Signature of Server

                                                     _____
                                                     Address of Server

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 04-30160-KPN |
| DEFENDANT: Martin L. Cohen | TYPE OF PROCESS: Summons, Complaint, Order |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Martin Cohen

**AT** ADDRESS: 38 Paige Road, Leyden, MA 01337 (4-10-51)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Rojas
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Please make service prior to November 18, 2004

Signature of Attorney or other Originator: [signature]
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617 748 3288
DATE: 8/23/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: [signature] | Date: 8/26/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

REMARKS: Sawicki RE 256-6773  SS# ████-2072

11/5/2004 → Property Abandoned. Being offered by Sawicki Realty (413) 256-6773.
CP → lists 5/2004  125 Trailer Haven Lane, Apopka FL 32712
DUSM Mike Nelson
DUSM Rich Wisnaskas

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 1/15/80)