UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-30160-KPN |
| | ) | |
| | ) | |
| MARTIN L. COHEN, | ) | |
|     Defendant | ) | |

## ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Martin L. Cohen to the United States, acting through the Farmers Home Administration, which is dated July 16, 1996 and recorded on July 16, 1996 in Book 3130 at Page 192 of the Franklin County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated: _____

                                                                   UNITED STATES DISTRICT JUDGE