UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. 04-30160-KPN |
| v. | ) | |
| | ) | |
| MARTIN L. COHEN, | ) | |
| Defendant | ) | |

**AFFIDAVIT OF SERVICE OF NOTICE**

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of the NOTICE in the Recorder, a newspaper published in Greenfield, Massachusetts, on September 23, 2004, there being no newspaper published in the Town of Leyden, and the Recorder having a general circulation in the Town of Leyden, Massachusetts.

(2) mailed by certified mail on September 21, 2004 a copy of the NOTICE to the defendant at the following addresses:

        Martin L. Cohen
        38 Paige Street
        Leyden, MA  01337

        Martin L. Cohen
        125 Trailer Haven Lane
        Apopka, FL  32712

(3) recorded a certified copy of the NOTICE on April 8, 2005 in Book 4826, Page 62 of the Franklin County District Registry of Deeds.

　　　　　　　　　　　　　　　　　　　　*Jane A. Rice*
　　　　　　　　　　　　　　　　　　　　Jane A. Rice
　　　　　　　　　　　　　　　　　　　　Agriculture Specialist
　　　　　　　　　　　　　　　　　　　　Farm Service Agency

Sworn to and subscribed before me, a Notary Public, at Amherst, Massachusetts on April 11, 2005.

　　　　　　　　　　　　　　　　　　　　*Madeline L. Broadhurst*
　　　　　　　　　　　　　　　　　　　　Madeline L. Broadhurst
　　　　　　　　　　　　　　　　　　　　Notary Public

My commission expires November 3, 2006

[Notary Seal: MADELINE L. BROADHURST, Notary Public, Commonwealth of Massachusetts, My Commission Expires Nov 3, 2006]